**COMMONWEALTH of Pennsylvania,
Petitioner**

v.

**Steven CLARK, Respondent.**

Supreme Court of Pennsylvania.

June 16, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of June, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Where the police conduct a successful controlled drug buy based on information supplied by a confidential informant, and recount the information and the conduct of the controlled buy in an affidavit of probable cause to obtain a search warrant, is probable cause lacking because the affidavit does not allege the *basis* of the confidential informant's knowledge and does not contain the "customary" phrase that the informant "has provided information that in the past has resulted in arrests or convictions?"

**In the Interest of R.J.T., a Minor.**